UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| **CASE PROPERTY SERVICES, LLC** | : | **CIVIL CASE DISCOVERY PLAN** |
| Plaintiff, | : | **AND SCHEDULING ORDER** |
| - against - | : | |
| | : | |
| **COLUMBIA PROPERTIES PHOENIX,** | : | **17 CV 03110 (NSR)** |
| **L.P.,** *Et al.* , | : | |
| Defendant(s). | : | |

-----------------------------------------------------------x

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties [do not] consent to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case [is] to be tried to a jury.

3. Joinder of additional parties must be accomplished by __12/31/2018__ .

4. Motions to Amend pleadings may be filed until <u>Dec. 31, 2018</u>.

5. Interrogatories shall be served no later than __Nov. 16, 2018__ , and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 [shall] apply to this case.

6. First request for production of documents, if any, shall be served no later than __Nov. 19, 2018__ .

7. Non-expert depositions shall be completed by __June 30, 2019__ .

   a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

   b. Depositions shall proceed concurrently.

   c. Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/2018

2789513_1

8. Any further interrogatories, including expert interrogatories, shall be served no later than ___July 30, 2019___ .

9. Requests to Admit, if any, shall be served no later than ___July 30, 2019___ .

10. Expert reports shall be served no later than ___Sept. 15, 2019___ .

11. Rebuttal expert reports shall be served no later than ___Oct. 15, 2019___ .

12. Expert depositions shall be completed by ___Nov. 15, 2019___ .

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY** ___Nov. 15, 2019___ .

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. Lisa Margaret Smith.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for Nov. 19, 2019, at 12:00pm. (The Court will set this date at the initial conference.)

SO ORDERED.
Dated: White Plains, New York
October 12, 2018

_____
Nelson S. Román, U.S. District Judge

2789513_1